```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 45525
   MARY ANN WALKER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0459


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/10/2004 and was confirmed 03/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/22/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
PHH MORTGAGE SERVICES      CURRENT MORTG        .00            .00           .00
PHH MORTGAGE SERVICES      MORTGAGE ARRE   3921.17             .00       3921.17
CHICAGO PATROLMENS FED C   SECURED        16900.00         2509.42      16900.00
CHICAGO PATROLMENS FED C   UNSECURED       5171.71             .00        517.17
CHICAGO PATROLMENS C U     NOTICE ONLY    NOT FILED            .00           .00
CITIBANK                   CURRENT MORTG        .00            .00           .00
CITY OF CHICAGO WATER DE   SECURED          645.00             .00        645.00
CITY OF CHICAGO WATER DE   SECURED          712.00             .00        712.00
SELECT PORTFOLIO SERVICI   SECURED NOT I  11696.68             .00           .00
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED            .00           .00
AT & T WIRELESS            UNSECURED      NOT FILED            .00           .00
CAPITAL ONE SERVICES INC   UNSECURED      NOT FILED            .00           .00
CHICAGO PATROLMENS FED C   UNSECURED        482.63             .00         48.26
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00           .00
CONCERN LOANS FOR EDUCAT   UNSECURED           .00             .00           .00
AT&T LONG DISTANCE         NOTICE ONLY    NOT FILED            .00           .00
KOHLS                      UNSECURED        171.82             .00         17.18
KOHLS                      NOTICE ONLY    NOT FILED            .00           .00
MICHAEL REESE HOSPITAL     UNSECURED      NOT FILED            .00           .00
TERMINEX                   NOTICE ONLY    NOT FILED            .00           .00
NEXTEL COMMUNICATIONS      UNSECURED      NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED           .00             .00           .00
MARSHALL FIELDS            UNSECURED      NOT FILED            .00           .00
RETAILERS NATIONAL BANK    UNSECURED      NOT FILED            .00           .00
SMALL BUSINESS ADMINISTR   UNSECURED      NOT FILED            .00           .00
TERMINEX                   UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO WATER DE   UNSECURED        240.89             .00         24.09
SELECT PORTFOLIO SERVICI   CURRENT MORTG       .00             .00           .00
CITIFINANCIAL              UNSECURED      NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED            .00           .00
GREENBERG & ASSOC          DEBTOR ATTY     2,400.00                      2,400.00
TOM VAUGHN                 TRUSTEE                                       1,732.97

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 45525 MARY ANN WALKER
```

```
DEBTOR REFUND           REFUND                                        4,561.10

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 33,988.36

PRIORITY                                             .00
SECURED                                        22,178.17
     INTEREST                                   2,509.42
UNSECURED                                         606.70
ADMINISTRATIVE                                  2,400.00
TRUSTEE COMPENSATION                            1,732.97
DEBTOR REFUND                                   4,561.10
                       ---------------     ---------------
TOTALS                  33,988.36              33,988.36
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 11/29/07           _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 04 B 45525 MARY ANN WALKER